William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501 Madison Avenue, 15th Floor
New York, New York 10017
Phone: (212) 286-1425; Fax: (646) 688-3078

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YVONNE DOWNIE,                                    : ECF
                                                  : 1:16-cv-05868 (JPO)(DCF)
                            Plaintiff,            :
                                                  :
            -against-                             :
                                                  :
CARELINK, INC. and VINSENT ROBINSON,              :
And JOHN DOES #1-10,                              :
                                                  :
                            Defendants.           :
------------------------------------------------------------X


**DECLARATION OF PLAINTIFF YVONNE DOWNIE**
**IN SUPPORT OF PROPOSED**
**CLASS AND COLLECTIVE NOTICE**

## DECLARATION OF YVONNE DOWNIE

I, **YVONNE DOWNIE**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true:

1.     I was a home health aide/maid employed by Carelink, Inc. and Vinsent Robinson (collectively "Defendants"), from about October 29, 2012 until about October 15, 2015 (the "time period").

2.     Defendants are an employment agency that sent me to work as a home health aide/maid for numerous customers located in New York City and Nassau County.

3.     During the time period, I was not paid full regular wages for all my hours worked and was not paid overtime wages for all of my hours worked over forty in a workweek ("overtime"), and was not paid an extra hour of pay for my hours worked over a spread of 10 hours per day.

4.     During the time period, I often worked for 24 hours staying overnight at the client's house, and on these days was only paid for 12 hours, despite the fact that my sleep was regularly interrupted generally at least 3-4 times by the client throughout the night.  At times I was only given a couch to sleep on and was not offered a bed during the 24 hours of work.

5.     During the time period, at times, I was required to work for two different clients in the same day and was not paid for my time and expenses traveling between the two clients.

6.     I often worked more than 40 hours per week.

7.     I filled out time sheets that were signed by the customers, which I was required to submit to Defendants.

8.     I also signed in and out using the client's land line phone, if they had one.  When I clocked out, I generally entered codes showing the types of work that I had performed.

1

9.      During the time period, I did not receive a meal break and generally ate while working.

10.     During the time period, I was not paid for all my hours worked and was not paid for my hours worked over 40 hours a week ("overtime hours") at time and one half my regular wages and at times was not paid for my overtime hours worked at time and one half the minimum wage rate.  I have attached as Exhibit A a copy of a paystub showing that I was not paid time and one half my regular wage rate for my overtime hours worked.

11.     During the time period, I took sick days during July 2014 and was not paid for my sick days.

12.     During the time period, I worked for customers who were paying for my services with New York Medicaid and I was not paid minimum wages under the Wage Parity Act.

13.     During the time period, my job responsibilities as a home health aide/maid included, among others, cleaning the entire house, cooking and doing the laundry.

14.     I was required to prepare three meals a day, breakfast, lunch and dinner.

15.     Breakfast usually consisted of eggs, oatmeal, and milk.

16.     Lunch usually consisted of a cooked meal with rice or pasta, a meat (usually chicken or fish) and also soup and dessert.  Sometimes alternatively I made a sandwich or mixed vegetables for lunch.

17.     Dinner usually consisted of the similar items as lunch.

18.     I was required to prepare whatever foods the customer requested.

19.     I generally was required to make the beds every morning.

20.     Defendants required me to do a number of tasks on a daily basis, including but not limited to: dusting, vacuuming, cleaning the bathroom (including the toilet, tub and shower),

mopping the kitchen floors, scrubbing the kitchen counters, cleaning the pots and pans,

loading/unloading the dishwasher, and taking out the garbage.

21.     I generally was required to do the laundry every day.  I was also required to flip

the bed mattresses once every week.

22.     I was also required to clean out the refrigerator and put away the new groceries at

least once every week.

23.     During the time period, I also at times escorted clients to their doctor's

appointments (about once every two months, which took about 2-3 hours).

24.     I also was required to remind the customers to take their medications but was not

permitted to touch the medications.

25.     I spent at least 30% of my time directly performing household work.

26.     During the time period, Defendants hired at least 40 similar home health

aides/maids, who also (a) were only paid for 12 hours of their 24 hour overnight shifts despite

the fact that they did not receive uninterrupted sleep and (b) were not paid for travel time and

expenses between clients when serving two clients on the same day, and (c) were not paid

minimum wages and regular wages for all hours worked and (d) were not paid time and one half

their regular rate for hours worked over 40 in a week.

27.     I know that other similar home health aid employees were not paid properly

because I talked with them and they told me that they also were not paid for their full overnight

shifts and were not paid for their travel between clients and also were not paid time and one half

their wage rate for their hours worked over 40 hours in a week.

28.     During the time period, I complained to the coordinator Tamara (last name not known) about not receiving pay for all my hours worked during the overnight shifts and during the travel time between clients.

29.     Tamara repeatedly said she would look into my complaints but never responded, and I never was paid for all my hours worked.

30.     Throughout the time period, Defendant has likewise employed at least 40 other individuals, like me, in positions as home health aides/maids.

31.     Throughout the time period, such individuals have only been paid for 12 hours of work when they work a 24 hour overnight shift and were not paid for all at their hours worked during 24 hour assignments during which they were not able to get uninterrupted sleep, and have also not been paid for their time and expenses traveling between clients, and have also not been paid overtime premium wages of one and one half times their regular hourly rate (or at time and one half the minimum wage rate) for their overtime hours worked.

32.     I know that other similar employees were not paid their proper wages because I spoke with other home health aides, including Etelle, Maxine, Sharon, and Angela, who all said that they did not receive pay for travel time and did not receive overtime pay or full pay for their 24 hour shifts and also did not receive vacation pay or sick pay.

33.     During the time period, I was not specifically notified by Defendants of the regular pay day designated by Defendants, Defendants' name, address and principle place of business and telephone number and my specific rate of pay as required by the New York Wage Theft Prevention Act, except one notice I received shortly after I started working.  I have not been given any specific notice of this information to sign and have not signed any such notice

4

since I received the first notice shortly after I started working.  Upon information and belief the other home health aide employees also were not given such notice.

Dated:      New York, New York
              July 13, 2015

**YVONNE DOWNIE**

# EXHIBIT A

**ADP.**

CO.   FILE   DEPT.   CLOCK   NUMBER   040
HZF   002037   500           0000026589   1

CARELINK INC.
25 SOUTH TYSON AVENUE
FLORAL PARK NY 11001

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:        2
  NY:             2
  New York Cit:   2

Social Security Number: XXX-XX-XXXX

# Earnings Statement

Period Beginning:   03/04/2013
Period Ending:      03/10/2013
Pay Date:           03/15/2013

YVONNE  DOWNIE
50 NEW YORK AVE
3RD FLOOR
BROOKLYN, NY 11216

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 40.00 | 360.00 | 3,873.48 |
| Overtime | 10.8750 | 12.00 | 130.50 | 1,435.51 |
| Holiday | | | | 120.06 |
| Medicaid Hours | | | | 72.00 |
| **Gross Pay** | | | **$490.50** | 5,501.05 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -36.14 | 411.35 |
| | Social Security Tax | -30.42 | 341.07 |
| | Medicare Tax | -7.12 | 79.77 |
| | NY State Income Tax | -14.47 | 168.91 |
| | New York City Income Tax | -9.33 | 109.84 |
| | NY SUI/SDI Tax | -0.60 | 6.60 |
| | **Net Pay** | **$392.42** | |

Your federal taxable wages this period are $490.50

©1999, 2006, ADP, Inc. All Rights Reserved.

► TEAR HERE

# Earnings Statement

**ADP**

CARELINK INC.
25 SOUTH TYSON AVENUE
FLORAL PARK NY 11001

| | |
|---|---|
| Period Beginning: | 08/26/2013 |
| Period Ending: | 09/01/2013 |
| Pay Date: | 09/06/2013 |

YVONNE DOWNIE
464 NOSTRAND AVE
APT# 2B
BROOKLYN, NY 11216

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2
NY: 2
New York Cit: 2

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | total to date |
|---|---|---|---|---|
| Overtime | 10.8750 | 25.00 | 271.88 | 979.27 |
| N-Medicaid | 9.4500 | 40.00 | 378.00 | 2,456.36 |
| Regular | | | | 3,993.60 |
| Holiday | | | | 583.35 |
| Medicaid Hours | | | | 10,196.65 |
| **Gross Pay** | | | **$649.88** | |

| Deductions | Statutory | this period | total to date |
|---|---|---|---|
| | Federal Income Tax | -60.05 | 676.16 |
| | Social Security Tax | -40.30 | 633.32 |
| | Medicare Tax | -9.42 | 147.88 |
| | NY State Income Tax | -24.31 | 289.93 |
| | New York City Income Tax | -15.50 | 184.92 |
| | NY SUI/SDI Tax | -0.60 | 14.40 |
| | Other | | |
| | Checking | -499.70 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $649.88

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Overtime Hours | | 82.00 |
| Regular Hours | | 472.00 |

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE



# Earnings Statement

**ADP**

CARELINK INC.
25 SOUTH TYSON AVENUE
FLORAL PARK NY 11001

Period Beginning: 12/09/2013
Period Ending: 12/15/2013
Pay Date: 12/20/2013

YVONNE DOWNIE
454 NOSTRAND AVE
APT# 2B
BROOKLYN, NY 11216

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2
NY: 2
New York Cit: 2

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 16.8750 | 12.00 | 130.50 | 3,469.16 |
| N-Medicaid | 9.7200 | 30.00 | 389.60 | 7,426.36 |
| Regular | | | | 4,035.60 |
| Holiday | | | | 260.06 |
| Medicaid Hours | | | | 584.36 |
| **Gross Pay** | | | **$520.10** | **15,808.54** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -40.58 | 1,107.55 |
| | Social Security Tax | -32.26 | 980.13 |
| | Medicare Tax | -7.54 | 229.22 |
| | NY State Income Tax | -16.22 | 457.10 |
| | New York City Income Tax | -10.63 | 296.42 |
| | NY SUI/SDI Tax | -0.60 | 21.00 |
| | Other | | |
| | Checking | 473.99 | |
| | Garnishment | 33.66 | |
| | Adjustment | | |
| | Transportation | $70.26 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $520.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Overtime Hours | | 339.00 |
| Regular Hours | | 477.00 |

©1998, 2006, ADP, Inc. All Rights Reserved.

▲ TEAR HERE

# Earnings Statement

**ADP**

CARELINK INC.
25 SOUTH TYSON AVENUE
FLORAL PARK NY 11001

| | |
|---|---|
| Period Beginning: | 06/23/2014 |
| Period Ending: | 06/29/2014 |
| Pay Date: | 07/03/2014 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:   2
NY:   2
New York Cit:   2

YVONNE DOWNIE
464 NOSTRAND AVE
APT# 2B
BROOKLYN, NY 11216

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 12.0000 | 25.00 | 300.00 | 588.00 |
| N-Medicaid | 10.0000 | 40.00 | 400.00 | 2,150.06 |
| Medicaid Hours | | | | 910.00 |
| **Gross Pay** | | | **$700.00** | **3,648.06** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Overtime Hours | | 49.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -66.99 | 195.06 |
| | Social Security Tax | -43.40 | 226.18 |
| | Medicare Tax | -10.15 | 52.90 |
| | NY State Income Tax | -27.33 | 82.74 |
| | New York Cit Income Tax | -17.45 | 55.51 |
| | NY SUI/SDI Tax | -0.60 | 6.00 |
| | **Other** | | |
| | Garnishment | -8.65 | |
| | Advance Pay | | 8.65 |
| | **Net Pay** | **$525.43** | |
| | Checking | -525.43 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $700.00

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARELINK INC.
25 SOUTH TYSON AVENUE
FLORAL PARK NY 11001

Advice number:   0000027008
Pay date:   07/03/2014

Deposited to the account of
YVONNE DOWNIE

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXX7401 | XXXX XXXX | $525.43 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

**ADP**

COL   FILE   DEPT   CLOCK   VCHR NO.   189
HZF   092037   506              00003406594

**CARELINK INC.**
**25 SOUTH TYSON AVENUE**
**FLORAL PARK NY 11001**

| | |
|---|---|
| Period Beginning: | 08/11/2014 |
| Period Ending: | 08/17/2014 |
| Pay Date: | 08/22/2014 |

**YVONNE DOWNIE**
**110 ROCHESTER AVE**
**APT# 2H**
**BROOKLYN, NY 11213**

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        2
  NY:             2
  New York Cit:   2

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 12.0000 | 12.00 | 144.00 | 732.00 |
| N-Medicaid | 11.0000 | 40.00 | 440.00 | 2,876.05 |
| Medicaid Hours | | | | 910.00 |
| Gross Pay | | | $584.00 | 4,518.05 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Overtime Hours | | 61.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.56 | 253.73 |
| | Social Security Tax | -36.21 | 280.12 |
| | Medicare Tax | -8.47 | 65.51 |
| | NY State Income Tax | -19.85 | 106.91 |
| | New York Cit Income Tax | -12.99 | 71.38 |
| | NY SUI/SDI Tax | -0.60 | 7.20 |
| | **Other** | | |
| | Garnishment | -8.65 | |
| | Advance Pay | | 8.65 |
| | Net Pay | 3447.64 | |
| | Checking | -447.64 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $584.00

©1998, 2006, ADP, Inc. All Rights Reserved.

▶ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARELINK INC.
25 SOUTH TYSON AVENUE
FLORAL PARK NY 11001

Advice number:      XXXXX740U
Pay date:           09/22/2014

Deposited to the account of
YVONNE DOWNIE

| | account number | transit  ABA | amount |
|---|---|---|---|
| | xxxxx7401 | xxxx  xxxx | $447.64 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

ADP

**CARELINK INC.**
25 SOUTH TYSON AVENUE
FLORAL PARK NY 11001

| | |
|---|---|
| Period Beginning: | 03/02/2015 |
| Period Ending: | 03/08/2015 |
| Pay Date: | 03/13/2015 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2
NY: 2
New York Cit: 2

**YVONNE DOWNIE**
**110 ROCHESTER AVE**
**APT# 2H**
**BROOKLYN, NY 11213**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 13.1250 | 12.00 | 157.50 | 255.00 |
| N-Medicaid | 11.0000 | 40.00 | 440.00 | 1,000.50 |
| Regular | | | | 260.00 |
| Medicaid Hours | | | | 175.00 |
| **Gross Pay** | | | **$597.50** | 1,050.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Overtime Hours | | 20.00 |
| Regular Hours | | 25.00 |

**Deductions** Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -53.04 | 125.00 |
| Social Security Tax | -37.04 | 121.30 |
| Medicare Tax | -8.66 | 280.00 |
| NY State Income Tax | -20.50 | 52.10 |
| New York Cit Income Tax | -13.40 | 34.02 |
| NY SUI/SDI Tax | -0.60 | 3.00 |

Other
Garnishment -8.65

**Net Pay** $597.84
Checking -597.52

**Net Check** $0.00

Your federal taxable wages this period are $597.50



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

NON-NEGOTIABLE

© 1999, 2006 ADP, LLC  All Rights Reserved.