William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501 Madison Avenue, 15th Floor
New York, New York 10017
Phone: (212) 286-1425; Fax: (646) 688-3078

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
YVONNE DOWNIE, Individually and            :
On behalf of Persons Similarly Situated,     :        ECF
                                             :        1:16-cv-05868 (JPO)(DCF)
                        Plaintiff,           :
                                             :
           -against-                         :
                                             :
CARELINK, INC. and ENA BAILEY,              :
And JOHN DOES #1-10,                         :
                                             :
                        Defendants.          :
-------------------------------------------------------X

**DECLARATION OF WILLIAM C. RAND, ESQ.**
**IN SUPPORT OF MOTION FOR CLASS AND COLLECTIVE CERTIFICATION**

# EXHIBIT B

# 2015 PAYROLL
# SHOWING OVERTIME PAID AT LESS THAN TIME AND ONE HALF

*Employee # 2037 is Yvonne Downie*

| | STATE | SUI/SDI | LOCAL |
|---|---|---|---|
| | NY | 19 | 0022 |

**FILE** 2037   **SSN**   **DATA CONTROL**   **SEX** F   **CLOCK**   **EMPLOYEE NAME AND ADDRESS**
Date: 10/29/2012   Date 2   Date 3

**PAY DETAILS** — 10/09/1961

| Pay # P/E Date | Pay Rate | HOURS/UNITS REG | O/T | Hrs 3&4 | EARNINGS REG | O/T | Earn 3&4 | GROSS Reg Earnings | STATUTORY DEDUCTIONS Fed / State | SS / MED | Local SUI/SDI | VOLUNTARY DED Amount DD | Amount DD | NET PAY Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 500 12/26/2014 | 10.0000 | 26.00 | | | 260.00 | | | 260.00 | 6.19 / 3.21 | 16.12 / 3.77 | 2.38 / 0.60 | 219.08 C | 8.85 G | 000000010101 |
| 02 500 01/11/2015 | 10.0000 | | 37.50 A | | | 375.00 A | | 375.00 | 17.69 / 7.97 | 23.25 / 5.44 | 5.56 / 0.80 | 305.84 C | 8.65 G | 000000030089 |
| 03 500 02/27/2015 | 11.0000 | | 11.50 N | | | 126.50 N | | 126.50 | / | 7.84 / 1.83 | / 0.60 | 78.73 C | 37.50 G | 000000090116 |
| 04 500 03/01/2015 | 11.0000 | 12.00 | 40.00 N | | 157.50 | 440.00 N | | 597.50 | 51.04 / 20.50 | 37.05 / 8.67 | 13.49 / 0.60 | 457.50 C | 8.66 G | 000000100104 |
| 05 500 03/08/2015 | 11.0000 | 12.00 | 40.00 N | | 157.50 | 440.00 N | | 597.50 | 51.04 / 20.50 | 37.04 / 8.68 | 13.49 / 0.60 | 457.52 C | 8.65 G | 000000110107 |
| 06 500 03/15/2015 | 11.0000 | | 39.00 N | | | 429.00 N | | 429.00 | 25.77 / 10.60 | 26.60 / 6.22 | 7.26 / 0.60 | 343.30 C | 8.65 G | 000000120102 |
| 07 500 03/22/2015 | 11.0000 | 25.00 | 40.00 N | | 328.13 | 440.00 N | | 768.13 | 78.64 / 31.50 | 47.63 / 11.14 | 20.11 / 0.60 | 571.86 C | 8.68 G | 000000190105 |

**TOTALS**

| | HOURS/UNITS ANALYSIS REG HOURS | O/T HOUR 2 | Hours 3 | Hours 4 | REG EARNINGS | O/T EARN 2 | Earnings 3 | Earnings 4 | GROSS PAY | EARNINGS | FEDERAL TAX | SS TAX MEDICARE TAX | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | 170.50 N | 49.00 N | 0.00 | | 1875.00 A | 643.13 | 2250.50 | 0.00 | 2433.63 C | 89.40 G | 228.37 / 0.00 | 155.53 / 45.73 | 2523.23 |
| YTD | | | | | | | | | | | 228.37 | 156.53 | 0.00 |

| HOURS/UNITS ANALYSIS REG HOURS | O/T HOUR 2 | EARNINGS ANALYSIS | STATE ANALYSIS (NY) | LOCAL ANALYSIS 0022 |
|---|---|---|---|---|
| 37.50 A | 26.00 A | 375.00 A | 94.28 | 62.29 |

**ADP  Employee  Earnings  Record**

CARELINK INC
Company Code: HZF

Batch: 4228-000  Quarter Ended : 03/31/2015  Page: 94

© 1995 Automatic Data Processing Inc.

CARELINK000122

*— Employee # 2037*

EER

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | | STATE | SUI/SDI | LOCAL |
|------|-----|-------------|-----|-------|---------------------------|--|-------|---------|-------|
| 2037 | | Date: 3 | F | | | | NY | 19 | 0022 |
| Date: 10/09/1951 | | | | | | | | | |
| 10/23/2012 | | | | | | | | | |

**PAY DETAILS / HOURS-UNITS / EARNINGS / GROSS / STATUTORY DEDUCTIONS / VOLUNTARY DED / NET PAY**

| Pay # | P/E Date / Pay Date / Rate | Reg Hrs | O/T Hrs | S & A | Reg Earn / O/T Earn / Earnings S,S,4 | S & A | Gross And $Other | Statutory: Federal / SS / MED / State / Local / SUI DI | Voluntary: Amount / CD | Net Pay Check # | CD |
|-------|------|------|------|-----|------|----|------|------|------|------|----|
| 01 | 03/28/2015 04/03/2015 | 39.00 | | A | 390.00 | A | 390.00 | Fed 19.92 / SS 24.18 / MED 8.65 / State — / Local 6.02 / 0.60 | 316.33 C | 000000140101 | 8.65 G |
| 02 | 04/12/2015 04/17/2015 | 40.00 | 2.00 | A | 400.00  26.25 | A | 426.25 | 25.36 / 28.42 / 8.65 / 10.46 / 7.16 / 0.60 | 341.42 C | 000000160101 | 8.65 G |
| 03 | 04/26/2015 05/01/2015 | 26.00 | | N | 286.00 | N | 286.00 | 8.79 / 17.73 / 8.65 / 4.25 / 2.88 / 0.60 | 238.95 C | 000000180103 | 8.65 G |
| 04 | 04/26/2015 05/01/2015 | 40.00 | 157.50 | A | 400.00  157.50 | A | 557.50 | 45.04 / 34.57 / 8.65 / 18.08 / 12.01 / 0.60 | 431.07 C | 000000180104 | 8.65 G |
| 05 | 04/26/2015 05/01/2015 | 39.00 | | A | 390.00 | A | 390.00 | 19.92 / 24.18 / 8.65 / 18.08 / 6.02 / 0.60 | 316.92 C | 000000180105 | 8.65 G |
| 06 | 05/15/2015 05/15/2015 | 40.00 4.00 | 12.00 157.50 | A T | 400.00  40.00  157.50 | A T | 597.50 | 51.04 / 37.04 / 8.65 / 20.50 / 13.49 / 0.60 | 457.52 C | 000000200069 | 8.65 G |
| 07 | 05/10/2015 05/15/2015 | 40.00 | 157.50 | A | 400.00  157.50 | A | 557.50 | 45.04 / 34.57 / 8.65 / 18.08 / 12.01 / 0.60 | 431.06 C | 000000200100 | 8.65 G |
| 08 | 05/17/2015 05/22/2015 | 40.00 | 12.00 157.50 | A | 400.00  157.50 | A | 557.50 | 45.04 / 34.56 / 8.65 / 18.08 / 12.01 / 0.60 | 430.48 C | 000000210095 | 8.65 G |
| 09 | 05/24/2015 05/29/2015 | 40.00 | 12.00 157.50 | A | 400.00  157.50 | A | 557.50 | 45.04 / 34.57 / 8.65 / 18.08 / 12.01 / 0.60 | 430.47 C | 000000220001 | 8.65 G |
| 10 | 05/31/2015 06/05/2015 | 40.00 | 12.00 157.50 | A | 400.00  157.50 | A | 557.50 | 45.04 / 34.56 / 8.65 / 18.08 / 12.01 / 0.60 | 430.47 C | 000000230103 | 8.65 G |
| 11 | 06/07/2015 06/12/2015 | 39.00 | | A | 390.00 | A | 390.00 | 19.92 / 24.18 / 8.65 / 18.08 / 6.02 / 0.60 | 316.33 C | 000000240108 | 8.65 G |
| 12 | 06/14/2015 06/19/2015 | 40.00 | 12.00 157.50 | A | 400.00  157.50 | A | 557.50 | 45.04 / 34.57 / 8.65 / 18.08 / 12.01 / 0.60 | 439.11 C | 000000250107 | 8.65 C |
| 13 | 06/21/2015 06/26/2015 | 40.00 | 12.00 157.50 | A | 400.00  157.50 | A | 557.50 | 45.04 / 34.56 / 8.65 / 18.08 / 12.01 / 0.60 | 430.48 C | 000000260108 | 8.65 A |

**TOTALS**

| | REG HOURS | O/T HOUR | S & A | HOURS 3 | REG EARNINGS | O/T EARN 2 | S & A | EARNINGS 3 | EARNINGS 1 | EARNINGS 4 | GROSS | |
|--|------|------|-----|------|------|------|-----|------|------|------|------|--|
| QTR | 0.00 | | | 0.00 | 285.00 | N | 0.00 | 5086.00 | 1286.25 | 0.00 | 8.65 A | |
| YTD | | | | | | | | | | | | |

| | NET HOUR | O/T HOUR | S & A | HOURS 3 | REG EARNINGS | O/T EARN 2 | STATE ANALYSIS | LOCAL ANALYSIS 0022 | | | |
|--|------|------|-----|------|------|------|------|------|--|--|--|
| QTR | 0.00 | | A T | N | 285.00 | N | 187.72 DINY | 125.66 0022 | | | |
| YTD | | | | | | | | | | | |

**HOURS/UNITS ANALYSIS** | **EARNINGS ANALYSIS** | **STATE ANALYSIS** | **FEDERAL TAX / STATE TAX** | **VOLUNTARY DEDUCTION ANALYSIS** | **LOCAL INC TAX** | **NET PAY 093**

| | HOURS 1 | HOURS 2 | | | | | | | | | |
|--|------|------|------|------|------|------|------|------|------|------|--|
| QTR | 0.00 | 74.00 N | 507.00 | 4770.00 40.00 A T | 187.72 DINY | FEDERAL 5382.25 C  460.23 | VOLUNTARY 9535.98 G | 295.60 | LOCAL 125.66 | NET PAY 5114.41 | |
| | | | | | | STATE 0.00  187.72 | 0.00 | 92.54 | 6.00 | 0.00 | |
| | | | | | | | | 591.22 | 187.95 | | |
| | | | | | | 9535.98  265.00 | | 138.27 | 10.20 | | |

| | NET HOUR | O/T HOUR | REG EARN 2 | WEEKS / REG 1 | DIVIDEND PAY / MEDICARE W-H | FEDERAL TAX / STATE TAX / MEDICARE TAX | LOCAL INC TAX |
|--|------|------|------|------|------|------|------|
| QTR | 0.00 A T | 26.00 N | | 8.65 A | 5010.61 C | 95.15 G | |
| YTD | 477.00 4.00 | | | 0.00 | 0.00 | | |

Batch: 4277-940   Quarter Ended : 06/30/2015   Page: 97

**ADP Employee Earnings Record**

CARELINK  INC
Company Code: HZF

© 1993, Automatic Data Processing, Inc.

CARELINK000123

Employee # 1528

**FILE** SSN  DATA CONTROL  SEX  CLOCK  EMPLOYEE NAME AND ADDRESS
1528  M
09/00/2008

STATE SU/SDI LO
NY 19

| Pay# Date From | Reg Hours | O/T Hours | Earnings 3 | Gross Med Surss | Federal | MED | SUI/SDI Local | Voluntary Ded Amount CP | Net Pay Check# |
|---|---|---|---|---|---|---|---|---|---|
| 01 12/26/2014 01/02/2015 11.0000 | 25.00 6.50 H | 300.00 71.50 H | 811.50 | 110.93 | 50.31 | 23.30 | 577.81 C | 000000001 |
| 02 01/04/2015 01/09/2015 11.0000 | 40.00 N | 440.00 N | 286.00 | 36.78 | 11.77 | 0.60 | 226.34 C | 000000025 |
| 03 01/11/2015 01/16/2015 11.0000 | 26.00 N | 286.00 N | 429.00 | 27.40 5.79 | 17.74 4.14 | 3.99 0.60 | 325.29 C | 000000030 |
| 04 01/18/2015 01/23/2015 11.0000 | 39.00 N | 429.00 N | 429.00 | 48.85 12.77 | 26.59 6.22 | 8.68 0.60 | 325.28 C | 000000040 |
| 05 01/25/2015 01/30/2015 11.0000 | 1.00 6.50 H 39.00 N | 13.13 71.50 H 440.00 N | 524.63 | 48.85 12.77 63.19 | 26.60 6.22 32.53 | 8.68 0.60 12.22 | 390.07 C | 000000050 |
| 06 01/25/2015 01/30/2015 11.0000 | 1.00 N | 198.95 11.00 N | 207.95 | 16.41 16.37 | 7.61 12.89 | 0.60 2.12 | 170.89 C | 000000059 |
| 07 02/01/2015 02/06/2015 11.0000 | 12.00 N | 157.50 440.00 N | 641.50 | 2.66 80.72 | 3.02 39.77 | 19.67 | 498.62 C | 000000060 |
| 08 02/08/2015 02/13/2015 11.0000 | 12.00 4.00 T N | 157.50 44.00 T 440.00 N | 597.50 | 25.82 74.12 | 9.30 37.05 | 0.60 14.95 0.60 | 439.14 C | 000000070 |
| 09 02/15/2015 02/20/2015 11.0000 | 12.00 N | 157.50 440.00 N | 597.50 | 22.98 74.12 | 8.66 37.04 | 8.67 | 439.14 C | 000000080 |
| 10 02/22/2015 02/27/2015 11.0000 | 12.00 40.00 N | 157.50 440.00 N | 597.50 | 22.98 74.12 | 8.67 37.05 | 14.95 0.60 | 439.14 C | 000000090 |
| 11 03/01/2015 03/06/2015 11.0000 | 25.00 40.00 N | 328.13 440.00 N | 788.13 | 22.98 100.09 | 8.66 47.62 | 14.96 0.60 21.61 0.60 | 553.09 C | 000001007 |
| 12 03/08/2015 03/13/2015 11.0000 | 39.00 N | 429.00 N | 425.00 | 33.98 48.85 | 11.14 28.60 | 8.68 | 325.28 C | 000001100 |
| 13 03/15/2015 03/20/2015 11.0000 | 12.00 40.00 N | 157.50 440.00 N | 597.50 | 12.77 74.12 22.98 | 6.22 37.05 8.66 | 0.60 14.95 0.60 | 439.14 C | 000001201 |

CONTINUED ON NEXT PAGE

CARELINK INC
Company Code: HZF

Batch: 4228-040  Quarter Ended : 03/31/2016  Page:252

ADP Employee Earnings Record
© 1996, Automatic Data Processing, Inc.

D-BSK-000866

Employee # 1528

STATE: NY   SU/SD: 19   LOCAL: 0022

| Pay# | Pay End Date | Rate | Reg Hours | OT Hours | Reg Earnings | OT/Other Earnings | Gross | Federal | S.S. | Med | SUI/SDI | Local | Voluntary Ded Amount | CD | Amount | CD | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 09/27/2015 | 11.0000 | 12.00 | 40.00 N | 157.50 | 440.00 N | 597.50 | 74.12 / 22.98 | 37.04 / 8.67 | 8.67 | 14.95 | 0.60 | 439.14 | C | | | 000000400138 |
| 02 | 10/04/2015 | 11.0000 | | 39.00 N | | 429.00 N | 429.00 | 48.85 / 12.77 | 26.80 / 6.22 | 6.22 | 8.68 | 0.60 | 325.28 | C | | | 000000410143 |
| 03 | 10/11/2015 | 11.0000 | 12.00 | 40.00 N | 157.50 | 440.00 N | 597.50 | 74.12 / 22.98 | 37.04 / 8.66 | 8.66 | 14.95 | 0.60 | 439.15 | C | | | 000000420130 |
| 04 | 10/18/2015 | 11.0000 | | 39.00 N | | 390.00 N | 390.00 | 43.00 / 10.57 | 24.18 / 5.65 | 5.65 | 7.24 | 0.60 | 337.76 | C | 39.00- | T | 000000450168 |
| 05 | 10/18/2015 | 10.0000 | | 2.00 N | | 22.00 N | 22.00 | 1.37 | 0.32 | | | | 20.31 | C | | | 000000450169 |
| 06 | 10/25/2015 | 10.0000 | 12.00 | 40.00 N | 180.00 | 400.00 N | 580.00 | 71.50 / 21.85 | 35.96 / 8.41 | 8.41 | 14.27 | 0.60 | 467.41 | C | 40.00- | T | 000000440138 |
| 07 | 11/01/2015 | 10.0000 | 12.00 | 40.00 N | 180.00 | 400.00 N | 580.00 | 71.50 / 21.85 | 35.96 / 8.41 | 8.41 | 14.27 | 0.60 | 467.41 | C | 40.00- | T | 000000450151 |
| 08 | 11/08/2015 | 10.0000 | 12.00 | 40.00 N | 180.00 | 400.00 N | 580.00 | 71.50 / 21.85 | 35.96 / 8.41 | 8.41 | 14.27 | 0.60 | 467.41 | C | 40.00- | T | 000000450146 |
| 09 | 11/15/2015 | 10.0000 | 12.00 | 40.00 N | 180.00 | 400.00 N | 590.00 | 71.50 / 21.85 | 35.96 / 8.41 | 8.41 | 14.27 | 0.60 | 467.41 | C | 40.00- | T | 000000470143 |
| 10 | 11/22/2015 | 10.0000 | 12.00 | 40.00 N | 180.00 | 400.00 N | 580.00 | 71.50 / 21.85 | 35.96 / 8.41 | 8.41 | 14.27 | 0.50 | 467.41 | C | 40.00- | T | 000000480132 |
| 11 | 11/29/2015 | 10.0000 | | 26.00 N | | 260.00 N | 280.00 | 23.50 / 4.75 | 16.12 / 3.77 | 3.77 | 3.19 | 0.60 | 234.07 | C | 26.00- | T | 000000490158 |
| 12 | 12/06/2015 | 10.0000 | 12.00 | 40.00 N | 180.00 | 400.00 N | 580.00 | 71.50 / 21.85 | 35.98 / 8.41 | 8.41 | 14.27 | 0.60 | 467.41 | C | 40.00- | T | 000000500143 |
| 13 | 12/13/2015 | 10.0000 | | 39.00 N | | 390.00 N | 390.00 | 43.00 / 10.57 | 24.18 / 5.66 | 5.66 | 7.24 | 0.60 | 337.75 | C | 39.00- | T | 000000510141 |

CONTINUED ON NEXT PAGE

CARELINK INC
Company Code: HZF

ADP  Employee Earnings Record

© 1998 Automatic Data Processing, Inc.

EER

Employee # 1459

# ADP Employee Earnings Record

| FILE / SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 1459 | | | | | | NY | 19 | 0022 |
| Date 1 | Date 2 | Date 3 | | | | | | |
| 12/12/2007 | | | | | | | | |

| Wk | Pay Date | Rate / Units | Reg Hours | O/T Hours | Figures 3,5&4 | Reg Earnings | O/T Earnings | Earnings 3,5&4 | Gross Med+Suppl | Federal | MED | SS SUI/DI | Local | Voluntary Ded Amount / Chk | Net Pay / Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 500 | 03/28/2015 | 10.0000 | 12.50 | 40.00 A | | 164.06 | 400.00 A | | 564.06 | 68.10 | 34.97 8.18 | 13.88 | 0.60 | | 418.71 000000034062 |
| 02 500 | 04/06/2015 | 10.0000 | | 40.00 V | | | 400.00 V | | 400.00 | 20.82 | 24.80 7.81 | 0.60 | | | 305.59 000000034321 |
| 03 500 | 05/10/2015 | 10.0000 | 12.00 | 40.00 A | | 157.50 | 400.00 A | | 557.50 | 11.10 | 34.57 8.08 | 13.44 | 0.60 | | 412.29 000000034650 |
| 04 500 | 05/17/2015 | 10.0000 | 14.50 | 40.00 A | | 190.31 | 400.00 A | | 590.31 | 73.04 | 36.60 8.55 | 14.67 | 0.60 | | 434.33 000000034687 |
| 05 500 | 05/24/2015 | 10.0000 | 12.00 | 40.00 A | | 157.50 | 400.00 A | | 557.50 | 22.51 | 34.55 8.08 | 13.44 | 0.60 | | 412.30 000000034743 |
| 06 500 | 05/31/2015 | 10.0000 | 14.50 | 40.00 A | | 190.31 | 400.00 A | | 602.81 | 74.92 | 37.38 8.74 | 15.16 | 0.60 | | 442.69 000000034801 |
| 07 500 | 08/07/2015 | 10.0000 | 15.00 | 1.25 H | | 195.88 | 12.50 H | | 598.88 | 23.32 | 37.00 8.66 | 14.93 | 0.60 | | 438.72 000000034868 |
| 08 500 | 08/14/2015 | 8.7500 | 40.00 | 12.00 | | 400.00 | 157.50 | | 557.50 | 22.94 | 34.57 8.08 | 13.44 | 0.60 | | 412.29 000000034910 |
| 169 500 | 08/21/2015 | 8.7500 | 40.00 | 12.00 | | 400.00 | 157.50 | | 557.50 | 68.12 | 34.56 8.09 | 13.44 | 0.60 | | 412.29 000000034983 |

## TOTALS

| | REG HOURS | O/T HOURS | REG EARNINGS | O/T EARNINGS | EARNINGS 3 | STATE ANALYSIS | LOCAL ANALYSIS |
|---|---|---|---|---|---|---|---|
| QTR | 104.50 H / 80.00 A | 281.25 / 0.00 | 800.00 | 1371.56 | 2812.50 | 182.29 01NY | 119.81 0022 |
| YTD | 40.00 V / 1.25 H | 2400.00 A / 400.00 V 12.50 H | | | | | |

| | GROSS PAY Medicare/Surtax | FEDERAL TAX Medicare/Surtax | EMPLOYEE TAX State Tax | SOC SEC TAX Medicare Tax | LOCAL SUI/SDI | VOL DED Vol Ded | NET PAY |
|---|---|---|---|---|---|---|---|
| QTR | 4984.06 0.00 | 608.07 0.00 | 309.01 182.29 | 72.27 768.91 | 119.81 5.40 | 0.00 | 0.00 |
| YTD | 12401.81 0.00 | 1519.17 0.00 | 468.45 | 179.83 | 300.92 13.20 | | 9687.21 |

CARELINK  INC
Company Code:  HZF

Batch: 4227-040   Quarter Ended : 06/30/2015   Page: 169

D-BSK-000653

© 1994, Automatic Data Processing, Inc.

*Employee XX 2017* (handwritten)

**Employee Earnings Record**

FILE 2017 — Company Code: HZF — CARELINK INC
Employee — OZONE PARK, NY 11417
STATE/SUI/SDI/LOCAL: NY 19 0022
Date 2/1 — 09/07/2012

| Wk | Period Start | Pay Date | REG Hrs | REG Rate | O/T Hrs | REG Earn | O/T Earn | Gross | Fed / State | SS / MED | SUI / SDI | Voluntary | Net Pay | Check # |
|----|--------------|----------|---------|----------|---------|----------|----------|-------|-------------|----------|-----------|-----------|---------|---------|
| 01 200 | 09/27/2015 | 10/02/2015 | 12.00 | 11.0000 | 40.00 N | 157.50 | 440.00 N | 597.50 | 51.04 / 20.50 | 37.05 / 8.66 | 13.49 / 0.60 | | 466.16 C | 00000400001 |
| 02 200 | 10/04/2015 | 10/09/2015 | 12.00 | 11.0000 | 40.00 N | 157.50 | 440.00 N | 597.50 | 51.04 / 20.50 | 37.04 / 8.66 | 13.49 / 0.60 | | 466.17 C | 00000410001 |
| 03 200 | 10/11/2015 | 10/16/2015 | 12.00 | 11.0000 | 40.00 N | 157.50 | 440.00 N | 597.50 | 51.04 / 20.50 | 37.05 / 8.07 | 13.49 / 0.60 | | 466.15 C | 00000420001 |
| 04 200 | 10/18/2015 | 10/23/2015 | 12.00 | 10.0000 | 40.00 N | 180.00 | 400.00 N | 580.00 | 48.42 / 19.41 | 35.96 / 8.41 | 12.85 / 0.60 | 40.00- T | 494.35 C | 00000430001 |
| 05 200 | 10/25/2015 | 10/30/2015 | 12.00 | 10.0000 | 40.00 N | 180.00 | 400.00 N | 580.00 | 48.42 / 19.41 | 35.96 / 8.41 | 12.85 / 0.60 | 40.00- T | 494.35 C | 00000440001 |
| 06 200 | 11/01/2015 | 11/06/2015 | 12.00 | 10.0000 | 40.00 N | 180.00 | 400.00 N | 580.00 | 48.42 / 19.41 | 35.96 / 8.41 | 12.85 / 0.60 | 40.00- T | 494.35 C | 00000450001 |
| 07 200 | 11/08/2015 | 11/13/2015 | 12.00 | 10.0000 | 40.00 N | 180.00 | 400.00 N | 580.00 | 48.42 / 19.41 | 35.96 / 8.41 | 12.85 / 0.60 | 40.00- T | 494.35 C | 00000460001 |
| 08 200 | 11/15/2015 | 11/20/2015 | 12.00 | 10.0000 | 40.00 N | 180.00 | 400.00 N | 580.00 | 48.42 / 19.41 | 35.96 / 8.41 | 12.85 / 0.60 | 40.00- T | 494.35 C | 00000470001 |
| 09 200 | 11/22/2015 | 11/27/2015 | 12.00 | 10.0000 | 40.00 N | 180.00 | 400.00 N | 580.00 | 48.42 / 19.41 | 35.96 / 8.41 | 12.85 / 0.60 | 40.00- T | 494.35 C | 00000480001 |
| 10 200 | 11/29/2015 | 12/04/2015 | 12.00 / 6.50 | 10.0000 | 65.00 H / 400.00 N | 180.00 | | 645.00 | 58.17 / 23.56 | 39.99 / 9.35 | 15.31 / 0.60 | 40.00- T | 538.02 C | 00000490001 |
| 11 200 | 12/06/2015 | 12/11/2015 | 12.00 | 10.0000 | 40.00 N | 180.00 | 400.00 N | 580.00 | 48.42 / 19.41 | 35.96 / 8.41 | 12.85 / 0.60 | 40.00- T | 494.35 C | 00000500001 |
| 12 200 | 12/13/2015 | 12/18/2015 | 12.00 | 10.0000 | 40.00 N | 180.00 | 400.00 N | 580.00 | 48.42 / 19.41 | 35.96 / 8.41 | 12.85 / 0.60 | 40.00- T | 494.35 C | 00000510001 |
| 13 200 | 12/20/2015 | 12/24/2015 | 12.00 | 10.0000 | 40.00 N | 180.00 | 400.00 N | 580.00 | 48.42 / 19.41 | 35.96 / 8.41 | 12.85 / 0.60 | 40.00- T | 494.35 C | 00000520001 |

CONTINUED ON NEXT PAGE

CARELINK INC
Company Code: HZF

Batch: 4421-046   Quarter Ended: 12/31/2015   Page: 2
D-BSK-001350
ADP — Employee Earnings Record
© 1998 Automatic Data Processing, Inc.

Employee # 2017

D-BSK-000433

**Employee Earnings Record**

| DATA CONTROL | SEX | | | | | | | | | | | STATE/SUI/SDI/LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | | | | | | | | | | | NY   19   0022 |

**PAY DETAILS**

| CHECK DATE | EARNINGS HOURS | RATE | EARNINGS | GROSS Adj. Salary | STATUTORY DEDUCTIONS Federal / SS / MED / Local / SDI | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|
| 01 12/28/2014 | 12.00  6.50  H | 144.00  71.50  H | 655.50 | 59.74  40.64  15.71 | 505.07  C | |
| 02 01/04/2015 | 40.00  P | 440.00 | | 24.24  9.50  0.60 | | 000000010001 |
| 03 01/09/2015 | 12.00  6.50  H | 157.50  71.50  H | 669.00 | 61.77  41.48  16.24 | 514.00  C | 000000020001 |
| 04 01/16/2015 | 40.00  P | 440.00 | | 25.11  9.71  0.60 | | |
| 05 01/18/2015 | 39.00  N | 429.00 | 429.00 | 25.77  26.60  7.28 | 351.95  C | 000000030001 |
| | | | | 10.60  6.22  0.60 | | |
| 06 01/23/2015 | 12.00  40.00  N | 157.50  446.00  N | 597.50 | 51.04  37.04  13.49 | 466.17  C | 000000040001 |
| | | | | 20.50  8.66  0.60 | | |
| 07 01/30/2015 | 12.00  6.50  H | 157.50  71.50  H | 669.00 | 61.77  41.48  16.24 | 514.10  C | 000000050001 |
| | 40.00  P | 440.00  N | | 25.11  9.70  0.60 | | |
| 08 02/06/2015 | 12.00  40.00  N | 157.50  440.00  N | 597.50 | 51.04  37.05  13.49 | 466.16  C | 000000060001 |
| | | | | 20.50  8.66  0.60 | | |
| 09 02/13/2015 | 12.00  40.00  N | 157.50  440.00  N | 597.50 | 51.04  37.04  13.49 | 466.16  C | 000000070001 |
| | | | | 20.50  8.67  0.60 | | |
| 10 02/20/2015 | 12.00  40.00  N | 157.50  440.00  N | 597.50 | 51.04  37.05  13.49 | 466.16  C | 000000080001 |
| | | | | 20.50  8.66  0.60 | | |
| 11 02/27/2015 | 12.00  40.00  N | 157.50  440.00  N | 597.50 | 51.04  37.04  13.49 | 466.16  C | 000000090001 |
| | | | | 20.50  8.67  0.60 | | |
| 12 03/06/2015 | 39.00  N | 429.00 | 429.00 | 25.77  26.60  7.28 | 351.95  C | 000000100001 |
| | | | | 10.60  6.22  0.60 | | |
| 13 03/13/2015 | 12.00  40.00  N | 157.50  440.00  N | 637.50 | 67.04  39.52  16.01 | 493.01  C | 000000110001 |
| | 10.00  4.00  T | 40.00  T | | 23.08  9.24  0.60 | | |
| 14 03/20/2015 | 12.00  40.00  N | 157.50  440.00  N | 597.50 | 51.04  37.05  13.49 | 466.16  C | 000000120001 |
| | | | | 20.50  8.66  0.60 | | |
| 15 03/27/2015 | 28.00  N | 286.00  N | 286.00 | 8.79  17.73  2.88 | 247.50  C | 000000130001 |
| | | | | 4.25  4.15  0.60 | | |

**TOTALS**

| | HOURS | | EARNINGS | | GROSS | | STATUTORY DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| QTR | 19.50  4.00  H T | 120.00 | 604.00  N | 827.50 | 214.50  H  40.00  T | 0.00  N  5944.00  N | 0.00  N  1851.50  OT/OINY | 5798.50  0.00 | |
| YTD | | | | | | | | | |

**EARNINGS ANALYSIS**

| | | |
|---|---|---|
| 0.00 | 245.99  OINY | 161.54  0022 |

**STATE ANALYSIS**

| | | |
|---|---|---|
| | 246.99 | 161.54 |

| GROSS | VOLUNTARY DEDUCTIONS / STATUTORY DEDUCTIONS ANALYSIS | NET PAY |
|---|---|---|
| 5774.74  C | | 5774.74 |
| | | 0.00 |

| | FEDERAL TAX | SS TAX | MEDICARE TAX | LOCAL TAX | STATE TAX | |
|---|---|---|---|---|---|---|
| GROSS | 7350.00 | 608.89 | 455.32 | 161.54 | | |
| MEDICARE/SURTAX | 7350.00 | 245.99 | 106.72 | 7.80 | | |
| | 0.00 | 608.89 | 455.32 | 161.54 | | |
| | | 245.99 | 106.72 | 7.80 | | |

CARELINK  INC      Batch: 4226-040   Quarter Ended : 03/31/2016    Page: 1
Company Code:  HZF

**ADP Employee Earnings Record**

Employee ## 2017

# Employee Earnings Record

**CARELINK INC**
Company Code: HZF

STATE: NY   SUI/SDI: 19   LOCAL: 0022

EER

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS |
|---|---|---|---|---|---|
| 2017 | | | F | | OZONE PARK   NY 11417 |

Date: 06/26/2016
09/07/2012

### PAY DETAILS

| PP | DATE | PAY RATE | REG HOURS | O/T HOURS | REG EARNINGS | O/T EARNINGS | GROSS | STATUTORY DEDUCTIONS (SSA, MED, STATE) | FEDERAL TAX | LOCAL TAX | VOLUNTARY DEDUCTIONS | CD | NET PAY | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 06/28/2015 | | 12.00 | 40.00 | N | | 157.50 | 440.00 | N | 597.50 | 51.04 / 37.05 / 13.49 | 8.57 | | 486.16 | C | 00000270001 |
| 02 | 07/05/2015 11.0000 | | 12.00 | 40.00 | N | 157.50 | 440.00 | N | 597.50 | 20.50 / 8.66 / 0.60 | | | 466.17 | C | 00000280001 |
| 03 | 07/12/2015 11.0000 | | 12.00 | 40.00 | N | 157.50 | 440.00 | N | 697.50 | 51.04 / 37.05 / 13.49 | | | 466.15 | C | 00000290001 |
| 04 | 07/19/2015 11.0000 | | 12.00 | 40.00 | N | 157.50 | 440.00 | N | 597.50 | 20.50 / 8.67 / 0.60 | | | 466.17 | C | 00000300001 |
| 05 | 07/26/2015 11.0000 | | | 39.00 | N | | 429.00 | | 429.00 | 25.77 / 26.60 / 7.28 | | | 351.95 | C | 00000310001 |
| 06 | 08/02/2015 11.0000 | | 12.00 | 40.00 | N | 157.50 | 440.00 | N | 597.50 | 51.04 / 37.05 / 13.49 | | | 466.15 | C | 00000320001 |
| 07 | 08/09/2015 11.0000 | | 12.00 | 40.00 | N | 157.50 | 440.00 | N | 597.50 | 20.50 / 8.67 / 0.60 | | | 466.17 | C | 00000330001 |
| 08 | 08/16/2015 11.0000 | | 12.00 | 40.00 | N | 157.50 | 440.00 | N | 597.50 | 51.04 / 37.05 / 13.49 | | | 466.16 | C | 00000340001 |
| 09 | 08/23/2015 11.0000 | | 12.00 | 40.00 | N | 157.50 | 440.00 | N | 597.50 | 20.50 / 8.66 / 0.60 | | | 466.16 | C | 00000350001 |
| 10 | 08/30/2015 11.0000 | | 12.00 | 40.00 N 7.50 T | 157.50 | 440.00 75.00 | N T | 572.50 | 62.29 / 41.70 / 16.38 | | | 516.46 | C | 00000360001 |
| 11 | 09/06/2015 10.0000 | | 12.00 | 40.00 | N | 157.50 | 440.00 | N | 597.50 | 25.33 / 9.75 / 0.60 | | | 466.17 | C | 00000370001 |
| 12 | 09/13/2015 11.0000 | | 12.00 | 6.50 | H | 157.50 | 71.50 440.00 | H N | 669.00 | 81.77 / 41.48 / 16.24 | | | 514.10 | C | 00000380001 |
| 13 | 09/20/2015 11.0000 | | 6.75 | 40.00 | N | 88.59 | 440.00 | N | 528.59 | 40.71 / 32.77 / 10.94 | | | 419.52 | C | 00000390001 |

### TOTALS

| REG HOURS | O/T HOURS | OTH HOURS | HOURS | PREM HOURS | REG EARNINGS | O/T EARNINGS | OTH EARNINGS | EARNINGS | GROSS | STATUTORY | FEDERAL TAX | LOCAL TAX | VOLUNTARY | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 519.00 | 138.75 | | 533.00 | 0.00 | 5709.00 | | 0.00 | | 0.00 | 7676.59 | 849.90 | 172.23 | | 5997.48 |

**HOURS ANALYSIS**
6.50 H   7.50 T

**EARNINGS ANALYSIS**
71.50 H   75.00 T

**OTHER PAY**
1821.08   261.92 01NY

**STATE ANALYSIS**
261.92 01NY

**DEDUCTION ANALYSIS**
5855.50   172.23 0022

**VOLUNTARY DEDUCTIONS ANALYSIS**
5997.48 0.00

STATUTORY DEDUCTIONS:
FICA SS 7676.59 / FICA MED ... 475.95 261.92 172.23
STATE TAX 22108.09 / 1835.00 1370.70 7.80
FEDERAL TAX 320.57 741.59 487.84 23.35

Batch: 4344440   Quarter Ended : 09/30/2015   Page:2

D-BSK-001336

© 1994, Automatic Data Processing, Inc.

*Employee #1562* (handwritten)

# Employee Earnings Record — ADP

**FILE** 1562 | **SSN** ___ | **DATA CONTROL** ___ | **SEX** F | **CLOCK** ___ | **EMPLOYEE NAME AND ADDRESS** ___ | **STATE** NY | **SUI/SDI** 19 | **LOCAL** 0022

Dates: 09/17/2007 / 09/20/1987

## Pay Details

| # | DATE | HOURS/UNITS (REG) | HOURS (O/T / OTHER) | EARNINGS (REG) | EARNINGS (O/T / OTHER) | GROSS | STATUTORY DEDUCTIONS | VOLUNTARY DED | NET PAY (CHECK #) |
|---|---|---|---|---|---|---|---|---|---|
| 01 500 | 02/15/2015 | 11.0000 | 26.00 N / 4.00 T | | 286.00 N / 44.00 T | 330.00 | 22.46 / 20.46 / 4.76 / 6.81 / 4.79 / 0.50 | 270.12 C | 00000080153 |
| 02 500 | 02/22/2015 | 11.0000 | 12.50 / 40.00 N | | 164.08 / 440.00 N | 604.08 | 63.57 / 37.46 / 14.46 / 22.16 / 8.75 / 0.60 | 457.07 C | 00000080161 |
| 03 500 | 03/01/2015 | 11.0000 | 12.00 / 40.00 N | | 157.50 / 440.00 N | 597.50 | 62.58 / 37.05 / 14.20 / 21.74 / 8.67 / 0.60 | 452.66 C | 00000100164 |
| 04 500 | 03/08/2015 | 11.0000 | 10.50 / 40.00 N | | 137.81 / 440.00 N | 577.81 | 59.63 / 35.82 / 13.48 / 20.47 / 8.38 / 0.60 | 439.43 C | 00000100166 |
| 05 500 | 03/15/2015 | 11.0000 | 26.00 N | | 286.00 N | 286.00 | 16.49 / 20.47 / 17.73 / 3.39 / 5.02 / 4.14 / 0.60 | 238.63 C | 00000120163 |
| 06 500 | 03/22/2015 | 11.0000 | 12.00 / 40.00 N | | 157.50 / 440.00 N | 597.50 | 62.58 / 37.05 / 14.20 / 21.74 / 8.67 / 0.60 | 452.66 C | 00000130168 |
| 06 500 | 03/27/2015 | 11.0000 | | | | | | | |

## Totals

| HOURS/UNITS | EARNINGS | GROSS | STATUTORY DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 212.00 N, 44.00 T, 4.00 T, 47.00 T, 216.00 | 2332.00 N, 44.00 T, 616.87, 2376.00 0022, 64.49 0022, 97.94 01NY | 0.00 C | 2692.87 | 2310.57 |

Earnings Analysis: 2376.00 (0022) · City Analysis: 64.49 (0022) · State Analysis: 97.94 (01NY)

Totals row: GROSS PAY 2692.87 | FED TAX 287.31 | STATE TAX 97.94 | SOC SEC TAX 185.66 | MEDICARE 64.49 | TOTAL 2310.57
(second subtotal line: 0.00 / 97.94 / 185.66 / 3.80 / 3.80)

CARELINK INC
Company Code: HZF

Batch: 4226-040   Quarter Ended : 03/31/2015   Page: 329

D-BSK-000412

© 1974, Automatic Data Processing, Inc.

*Employee # 2119* (handwritten)

**EER**

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE/RSU/SDI/LOCAL |
|---|---|---|---|---|---|---|
| 2119 | | | F | | | NY 19 0222 |

Date: 05/14/2005   09/22/1979

## PAY DETAILS / HOURS-EARNINGS / STATUTORY DEDUCTIONS / VOLUNTARY DEDUCTIONS / NET PAY

| # | Period End | Period Begin | Rate | Hours | Earnings | Gross (Net Pymt) | FED | SS | MED | Voluntary Ded | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 12/28/2014 | 01/02/2015 | 11.0000 | 12.00 / 6.50 H | 144.00 / 71.50 H | 655.50 | 44.24 | 40.64 | 16.00 | 519.67 C | 000000010058 |
| 02 | 01/04/2015 | 01/09/2015 | 11.0000 | 12.00 / 6.50 H / 40.00 N | 157.50 / 71.50 H / 440.00 N | 669.00 | 24.86 / 46.26 | 9.50 / 41.48 | 0.60 / 16.62 | 528.50 C | 000000020052 |
| 03 | 01/11/2015 | 01/16/2015 | 11.0000 | 12.00 / 40.00 N | 157.50 / 440.00 N | 597.50 | 25.73 / 35.64 | 9.71 / 37.04 | 0.60 / 13.85 | 480.69 C | 000000030063 |
| 04 | 01/18/2015 | 01/23/2015 | 11.0000 | 12.00 / 40.00 N | 157.50 / 440.00 N | 597.50 | 21.12 / 35.64 | 8.66 / 37.05 | 0.60 / 13.85 | 480.68 C | 000000040065 |
| 05 | 01/25/2015 | 01/30/2015 | 11.0000 | 12.00 / 40.00 N | 157.50 / 440.00 N | 597.50 | 21.12 / 35.64 | 8.66 / 37.05 | 0.60 / 13.85 | 480.68 C | 000000050071 |
| 06 | 02/01/2015 | 02/06/2015 | 11.0000 | 12.00 / 40.00 N | 157.50 / 440.00 N | 597.50 | 21.12 / 35.64 | 8.67 / 37.04 | 0.60 / 13.85 | 480.68 C | 000000060070 |
| 07 | 02/08/2015 | 02/13/2015 | 11.0000 | 12.00 / 40.00 N | 157.50 / 440.00 N | 597.50 | 21.12 / 35.64 | 8.66 / 37.05 | 0.60 / 13.85 | 480.69 C | 000000070072 |
| 08 | 02/15/2015 | 02/20/2015 | 11.0000 | 12.00 / 40.00 N | 157.50 / 440.00 N | 597.50 | 21.12 / 35.64 | 8.66 / 37.05 | 0.60 / 13.85 | 480.67 C | 000000080068 |
| 09 | 03/01/2015 | 03/06/2015 | 11.0000 | 12.00 / 40.00 N | 157.50 / 440.00 N | 597.50 | 21.12 / 35.64 | 8.67 / 37.04 | 0.60 / 13.85 | 480.69 C | 000000100070 |
| 10 | 03/08/2015 | 03/13/2015 | 11.0000 | 12.00 / 40.00 N | 157.50 / 440.00 N | 597.50 | 21.12 / 35.64 | 8.66 / 37.05 | 0.60 / 13.85 | 480.67 C | 000000110074 |
| 11 | 03/15/2015 | 03/20/2015 | 11.0000 | 12.00 / 40.00 N | 157.50 / 440.00 N | 597.50 | 21.12 / 35.64 | 8.67 / 37.04 | 0.60 / 13.85 | 480.69 C | 000000120068 |
| 12 | 03/22/2015 | 03/27/2015 | 11.0000 | 12.00 / 40.00 N | 157.50 / 440.00 N | 597.50 | 21.12 / 35.64 | 8.66 / 37.05 | 0.60 / 13.85 | 480.68 C | 000000130073 |

## TOTALS

| | Hours | Other Hours | Regular Earnings | Earnings | Earnings | Gross | Net Analysis | Net Analysis | State/Local | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| QTR | 144.00 N | 0.00 | 5280.00 N | 0.00 | 1876.50 | 0.00 | 281.79 01NY | 171.21 01NY | 5423.00 0022 | 5854.99 |
| YTD | 480.00 H | 13.00 H | | | | 5854.99 C | | 171.21 | | |

### STATUTORY DEDUCTIONS ANALYSIS

| | FEDERAL INCOME TAX | MEDICARE / SURTAX | SOCIAL SECURITY / STATE TAX | SDI / MEDICARE TAX | LOCAL / SUI/SDI | Vol Ded | Net Pay |
|---|---|---|---|---|---|---|---|
| | | 7299.50 | 445.90 | 452.57 | 171.21 | | 5854.99 |
| | | 0.00 | 281.79 | 105.84 | 7.20 | | 0.00 |
| | | 7299.50 | 445.90 | 452.67 | 171.21 | | |
| | | 0.00 | 281.79 | 105.84 | 7.20 | | |

CARELINK  INC
Company Code:  HZF

**Employee  Earnings  Record**

Batch: 4206-040   Quarter Ended : 03/31/2015   Page: 321

D-BSK-000451

*Employee # 2246*

**EER**

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 2246 XXX-XX-8521 | | Date 1: 01/03/1960  Date 3: | F | | | NY | 19 | 0022 |

Date 1: 09/02/2014

| PP | Pay Begin Date / Pay Date | Hours/Units Rate / Hrs/Units Type | Earnings Reg / O/T | Earnings 3 & 4 | GROSS Med Supp | STATUTORY DEDUCTIONS Federal | SS | MED | SUI/SDI | Local | VOLUNTARY DED Amount / CD | NET PAY Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 200 | 12/28/2014 01/02/2015 | 11.0000 38.00 6.50 H | 458.00 71.60 H | 440.00 N | 967.50 | 111.47 | 59.99 | 14.03 | 27.86 | 0.60 | 709.17 C | 000000010029 |
| 02 200 | 01/04/2015 01/09/2015 | 11.0000 38.00 6.50 H | 498.75 71.60 H | 440.00 N | 1010.25 | 122.16 | 62.63 | 14.85 | 29.55 | 0.60 | 733.54 C | 000000020029 |
| 03 200 | 01/11/2015 01/16/2015 | 11.0000 38.00 40.00 N | 498.75 440.00 N | | 938.75 | 104.28 | 58.20 | 13.61 | 26.76 | 0.60 | 692.79 C | 000000030027 |
| 04 200 | 01/18/2015 01/23/2015 | 11.0000 23.00 40.00 N | 301.88 440.00 N | | 741.88 | 72.70 | 46.00 | 10.76 | 19.08 | 0.60 | 662.93 C | 000000040032 |
| 05 200 | 01/25/2015 01/30/2015 | 11.0000 6.50 H 39.00 N | 71.50 H 429.00 N | | 500.50 | 36.49 | 31.03 | 7.25 | 9.90 | 0.60 | 400.51 C | 000000050032 |
| 06 200 | 02/08/2015 02/13/2015 | 11.0000 39.00 4.00 T | 429.00 N 44.00 T | | 473.00 | 32.37 | 29.33 | 6.86 | 8.88 | 0.60 | 390.55 C  8.70- O | 000000070029 |
| 07 200 | 02/15/2015 02/20/2015 | 11.0000 32.50 N | 357.50 N | | 357.50 | 15.94 | 22.16 | 5.01 | 5.01 | 0.60 | 301.41 C | 000000080030 |
| 08 200 | 02/15/2015 02/20/2015 | 1.00 12.5400 12.54 | 157.50 | | 170.04 | 7.19 | 10.54 | 2.46 | 5.19 | 0.67 | 156.37 C | 000000060031 |
| 09 200 | 02/22/2015 02/27/2015 | 12.5400 26.00 N | 326.04 N | | 326.04 | 12.80 | 20.22 | 4.73 | 4.04 | | 277.80 C | 000000090035 |
| 10 200 | 02/22/2015 02/27/2015 | 12.5400 40.00 N | 157.50 501.60 N | | 659.10 | 60.28 | 40.65 | 9.56 | 15.98 | 0.50 | 508.07 C | 000000030026 |
| 11 200 | 03/01/2015 03/06/2015 | 12.5400 12.00 40.00 N | 157.50 501.60 N | | 659.10 | 60.28 | 40.87 | 9.55 | 15.86 | 0.60 | 507.47 C | 000000100030 |
| 12 200 | 03/08/2015 03/13/2015 | 12.5400 39.00 N | 429.00 N | | 429.00 | 25.77 | 26.69 | 6.22 | 7.28 | 0.60 | 351.98 C | 000000110028 |
| 13 200 | 03/08/2015 03/13/2015 | 12.5400 39.00 N | 469.06 N | | 489.08 | 14.04 | 30.33 | 7.09 | 9.48 | | 393.34 C | 000000110030 |

**CONTINUED ON NEXT PAGE**

| TOTALS | HOURS | | | EARNINGS | | | | COUNTRY DEDUCTIONS ANALYSIS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

CARELINK INC
Company Code: HZF

Batch: 4226-040   Quarter Ended: 03/31/2015   Page: 132

ADP  Employee Earnings Record
1994 Automatic Data Processing, Inc.

CARELINK000055

Employee #2260

EER

| File/SSN | Data Control | Sex | Clock | | State | SUI/SDI | Local |
|---|---|---|---|---|---|---|---|
| 2260 | | F | | | NY | 19 | 0022 |

| # | Rev Date / Ded Date | Rate | Hours | DIF | Earnings | cd | Gross / Med Surtax | Federal | SS-State | MED | SUI/SDI | Voluntary Amount | CD | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/28/2015 07/02/2015 | 11.0000 | | | 39.00 | N | 429.00 | 37.31 / 11.64 | 28.60 / 6.22 | 7.97 / 0.60 | | 338.66 | C | 000000270011 |
| 2 | 07/05/2015 07/10/2015 | 11.0000 | 4.00 | 52.50 | 1.00 / 428.00 | A / N | 491.50 | 46.68 / 15.32 | 30.48 / 7.13 | 10.28 / 0.60 | | 381.01 | C | 000000280014 |
| 3 | 07/05/2015 07/12/2015 | 10.0000 | 4.00 | 52.52 | 1.00 | A | 62.52 | 15.32 / 3.87 / 0.90 | | | | 67.75 | C | 000000280015 |
| 4 | 07/12/2015 07/17/2015 | 11.0000 | 4.00 | 52.50 | 1.00 / 428.00 | A / A | 491.50 | 46.68 / 15.32 | 30.47 / 7.13 | 10.28 / 0.60 | | 381.02 | C | 000000290015 |
| 5 | 07/19/2015 07/24/2015 | 11.0000 | 4.00 | 52.50 | 1.00 / 428.00 | A / A | 491.50 | 46.68 / 15.32 | 30.48 / 7.13 | 10.28 / 0.60 | | 381.01 | C | 000000290013 |
| 6 | 07/26/2015 07/31/2015 | 11.0000 | 4.00 | 52.50 | 1.00 / 429.00 | A / A | 491.50 | 46.68 / 15.32 | 30.47 / 7.13 | 10.28 / 0.60 | | 381.01 | C | 000000300011 |
| 7 | 08/02/2015 08/07/2015 | 11.0000 | 4.00 | 52.50 | 40.00 | N | 492.50 | 46.83 / 15.38 | 30.54 / 7.14 | 10.32 / 0.60 | | 381.03 | C | 000000310010 |
| 8 | 08/09/2015 08/14/2015 | 11.0000 | 4.00 | 52.50 | 40.00 | N | 492.50 | 46.83 / 15.38 | 30.53 / 7.15 | 10.32 / 0.60 | | 381.69 | C | 000000320069 |
| 9 | 08/16/2015 08/21/2015 | 11.0000 | 17.00 | 223.13 | 40.00 | N | 863.13 | 72.43 / 25.87 | 41.41 / 9.61 | 16.79 / 0.60 | | 456.65 | C | 000000330009 |
| 10 | 08/23/2015 08/28/2015 | 11.0000 | 4.00 | 52.50 | 40.00 | N | 492.50 | 46.83 / 15.38 | 30.54 / 7.14 | 10.32 / 0.60 | | 381.69 | C | 000000340007 |
| 11 | 08/30/2015 09/04/2015 | 10.0000 | | | 39.00 / 7.50 | N / T | 504.00 | 48.95 / 16.06 | 31.25 / 7.31 | 10.75 / 0.60 | | 389.47 | C | 000000350012 |
| 12 | 09/06/2015 09/11/2015 | 11.0000 | 4.00 | 52.50 | 40.00 | N | 492.50 | 46.83 / 15.38 | 30.53 / 7.14 | 10.32 / 0.60 | | 381.70 | C | 000000350009 |
| 13 | 09/13/2015 09/18/2015 | 11.0000 | 4.00 | 52.50 | 71.50 / 440.00 | H / N | 564.00 | 57.56 / 19.80 | 34.97 / 8.18 | 12.97 / 0.60 | | 430.12 | C | 000000370010 |
| | | | | | | | | | | | | | | 000000380012 |

CONTINUED ON NEXT PAGE

ADP  Employee Earnings Record

CARELINK INC
Company Code: HZF

Batch: 4344-040   Quarter Ended: 09/30/2015   Page: 57

CARELINK000065

IR Automatic Data Processing, Inc.

Employee # 1602

EER

| FILE/SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|
| 1602 | | M | | | NY | 19 | 0022 |

**PAY DETAILS — HOURS/UNITS — EARNINGS — GROSS — STATUTORY DEDUCTIONS — VOLUNTARY DED — NET PAY**

| Pay Date | Per End Date | Reg | OT | Hours | PH# | OT1 Earnings | Earnings | Gross (This Stmt) | Federal | State | SS | MED | SUI/SDI | Voluntary Amt | CD | Amt | CD | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2015 | 07/05/2015 | 12.00 | 27.00 N | | | 157.50 | 297.00 N | 610.50 | 64.53 | 22.58 | 37.85 | 8.86 | 0.60 | 461.37 | C | | | 000000270139 |
| 07/05/2015 | 07/12/2015 | 11.0000 | 13.00 N | | | | 156.00 N | | 37.31 | 11.84 | 26.60 | 6.22 | 7.97 | 339.66 | C | | | 000000280134 |
| | | | 39.00 N | | | | 429.00 N | 429.00 | | | | | 0.60 | | | | | |
| 07/12/2015 | 07/19/2015 | 9.00 | 27.00 N | | | 118.13 | 297.00 N | 671.13 | 58.93 | 20.04 | 35.41 | 8.28 | 13.23 | 434.94 | C | | | 000000280140 |
| | | 12.0000 | 13.00 N | | | | 156.00 N | | | | | | 0.60 | | | | | |
| 07/19/2015 | 07/26/2015 | 12.00 | 40.00 N | | | 157.50 | 440.00 N | 597.50 | 62.59 | 21.74 | 37.04 | 8.66 | 14.20 | 452.68 | C | | | 000000290141 |
| 07/26/2015 | 08/02/2015 | 12.00 | 40.00 N | | | 157.50 | 440.00 N | 672.50 | 73.83 | 28.57 | 41.70 | 9.75 | 17.13 | 502.92 | C | | | 000000290129 |
| | | 10.0000 | 7.50 T | | | | 75.00 T | | | | | | 0.60 | | | | | |
| 08/02/2015 | 08/09/2015 | 12.00 | 40.00 N | | | 157.50 | 440.00 N | 697.50 | 62.59 | 21.74 | 37.04 | 8.67 | 14.20 | 439.77 | C | 12.90 | 10 | 000000320137 |
| 08/09/2015 | 08/16/2015 | 11.0000 | 39.00 N | | | | 429.00 N | 429.00 | 37.31 | 11.84 | 26.60 | 6.22 | 7.97 | 325.76 | C | 12.90 | 10 | 000000330131 |
| 08/16/2015 | 08/23/2015 | | 26.00 N | | | | 286.00 N | 286.00 | 16.49 | 5.02 | 17.73 | 4.14 | 3.39 | 225.73 | C | 12.90 | 10 | 000000340141 |
| 08/23/2015 | 08/30/2015 | 39.00 | 39.00 N | | | | 429.00 N | 509.00 | 49.31 | 16.35 | 31.66 | 7.38 | 10.83 | 378.96 | C | 12.90 | 10 | 000000350145 |
| | | 10.0000 | 8.00 S | | | | 80.00 S | | | | | | 0.60 | | | | | |
| 08/30/2015 | 09/06/2015 | | 14.00 N | | | 157.56 | 154.00 N | 311.56 | 19.69 | 6.04 | 19.32 | 4.52 | 4.18 | 257.81 | C | | | 000000360144 |
| 09/06/2015 | 09/13/2015 | 39.00 | 39.00 N | | | | 429.00 N | 429.00 | 37.31 | 11.84 | 28.59 | 6.22 | 7.97 | 325.77 | C | 12.90 | 10 | 000000360133 |
| 09/13/2015 | 09/20/2015 | 11.0000 | 39.00 N | | | | 429.00 N | 429.00 | 37.31 | 11.84 | 26.60 | 6.22 | 7.97 | 325.76 | C | 12.90 | 10 | 000000370131 |
| | | 11.0000 | 39.00 N | | | | 429.00 N | 429.00 | 37.31 | 11.84 | 28.60 | 6.22 | 7.97 | 325.76 | C | 12.90 | 10 | 000000380137 |

CONTINUED ON NEXT PAGE

**ADP Employee Earnings Record**

Employee # 1622

ADP® **Employee Earnings Record**

CARELINK INC
Company Code: HZF

Batch: 4226-040   Quarter Ended: 03/31/2015   Page: 46

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS |
|---|---|---|---|---|---|
| 1622 | XXX-XX-2084 | | F | | |

Hire Date 12/28/2014
Birth 1/12/1949

STATE NY  SUI/SDI 19  LOCAL 0022

EER

## PAY DETAILS

| Eff Date | Rate | HOURS/UNITS Reg | O/T Hrs | Earnings | O/T Earnings | Earnings | GROSS Net Wages |
|---|---|---|---|---|---|---|---|
| 12/28/2014 | 10.0000 | 40.00 A | 8.50 H | 144.00 | 400.00 A / 65.00 H | | 609.00 |
| 01/16/2015 | 10.0000 | 40.00 A | | 157.50 | 400.00 A | | 557.50 |
| 01/30/2015 | 8.7500 | 40.00 12.00 | | 157.50 | 400.00 | | 557.50 |
| 01/30/2015 | 10.0000 | 40.00 12.00 | | 157.50 | 400.00 | | 557.50 |
| 02/06/2015 | 8.7500 | 40.00 12.00 | | 157.50 | 400.00 | | 557.50 |
| 02/06/2015 | 10.0000 | 40.00 12.00 | | 157.50 | 400.00 | | 557.50 |
| 02/13/2015 | 8.7500 | 40.00 12.00 | | 157.50 | 400.00 | | 557.50 |
| 02/13/2015 | 10.0000 | 40.00 | | 157.50 | 400.00 | | 557.50 |
| 02/22/2015 | 10.0000 | 40.00 12.00 | | 157.50 | 400.00 A | | 557.50 |
| 02/27/2015 | 10.0000 | 40.00 | | 157.50 | 400.00 A | | 557.50 |
| 02/27/2015 | 10.0000 | 40.00 12.00 | | 157.50 | 400.00 A | | 557.50 |
| 03/13/2015 | 10.0000 | 40.00 12.00 | | 157.50 | 400.00 A | | 557.50 |
| 03/27/2015 | 10.0000 | 40.00 12.00 | | 157.50 | 400.00 A | | 557.50 |

## STATUTORY DEDUCTIONS / VOLUNTARY DED / NET PAY

| State Fed | SS MED | SUI/DI Local | Amount Cd | Check # |
|---|---|---|---|---|
| 64.31  37.76 | 8.83 | 14.65 0.60 | 460.37 C | 000000010098 |
| 22.49  34.56 | 6.08 | 12.73 0.60 | 425.73 C | 000000030096 |
| 19.22  34.57 | 8.09 | 12.73 0.60 | 425.71 C | 000000050095 |
| 19.22  34.56 | 8.09 | 12.73 0.60 | 425.73 C | 000000060091 |
| 19.22  34.56 | 8.08 | 12.73 0.60 | 425.73 C | 000000070100 |
| 19.22  34.57 | 8.09 | 12.73 0.60 | 425.71 C | 000000070101 |
| 19.22  34.57 | 8.08 | 12.73 0.60 | 426.37 C | 000000070101 |
| 56.58  34.56 | 8.08 | 12.73 0.60 | 425.73 C | 000000090097 |
| 56.58  34.57 | 8.09 | 12.73 0.60 | 425.31 C | 000000090098 |
| 56.58  34.56 | 8.09 | 12.73 0.60 | 425.73 C | 000000110094 |
| 56.59  34.57 | 8.09 | 12.73 0.60 | 425.71 C | 000000130092 |

## TOTALS

| REG HOURS | OT HOURS-1 | OT HOURS-2 | OT HOURS-3 | REG EARNINGS | EARNINGS ANALYSIS |
|---|---|---|---|---|---|
| 160.00 A | 96.00 H | 6.50 H | 0.00 | 246.50 A | 2460.00 A |
| 240.00 A | | | | | |

| EARNINGS-1 | EARNINGS-2 | EARNINGS-3 | EARNINGS-4 |
|---|---|---|---|
| 1900.00 | 65.00 H | 2465.00 | 0.00 |

| NET PAY-1 | NET PAY-2 | STATE ANALYSIS |
|---|---|---|
| 1961.56 | 195.46 01NY | 195.46 01NY |

| FEDERAL TAX | SOC SEC TAX | LOCAL |
|---|---|---|
| GROSS PAY/MEDICARE SURTAX | State Tax/Medicare Tax | Local |
| 5825.56 | 573.54  348.85 | 129.22 |
| 0.00 | 195.46  81.89 | 4.80 |
| 5825.56 | 573.54  348.85 | 129.22 |
| 0.00 | 195.46  81.59 | 4.80 |

| LOCAL ANALYSIS | VOLUNTARY DEDUCTIONS ANALYSIS | TOTAL VOL DED | NET PAY |
|---|---|---|---|
| 129.22 0022 | 4293.10 C | 4293.10 | |
| | | 0.00 | |

EarthLink Data Processing, Inc.

CARELINK000074